PROB 12C
(7/93)

Report Date: February 2, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 03 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marvin Barrios-Socop        Case Number: 2:12CR02002-001

Address of Offender: Incarcerated at the Yakima County Jail as of December 22, 2011

Name of Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 11/01/2007

| | | | |
|---|---|---|---|
| Original Offense: | Transporting Illegal Aliens Resulting in Death, 18 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324 (a)(1)(B)(iv) | | |
| Original Sentence: | Prison - 30 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | 08/07/2009 |
| Defense Attorney: | TBD | Date Supervision Expires: | 08/06/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about December 10, 2011.

Information received from the United States Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on September 25, 2009, at Mesa, Arizona, and has not obtained legal permission to reenter the United States. On December 10, 2011, the defendant was found and charged with no valid operator's license from West Klickitat District Court, in White Salmon, Washington. This charge was dismissed on January 4, 2012.

Prob12C
Re: Barrios-Socop, Marvin
February 2, 2012
Page 2

    2      **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

            **Supporting Evidence**: On January 18, 2012, an indictment was filed with the United States District Court in the Eastern District of Washington, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:12CR02006-001.

            According to the indictment, on December 10, 2011, the defendant was found in the Eastern District of Washington. On December 22, 2011, the defendant made an initial appearance before the Honorable James P. Hutton, U.S. Magistrate Judge in Yakima, Washington. The defendant was detained pending further action by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/02/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Roxanne Malony Peterson_
Signature of Judicial Officer

Feb. 3, 2012
Date